UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL COMPLAINT NO.: |
| | ) | |
| ANTONIO MARIN | ) | |

## MOTION TO RECONSIDER DETAINER

The Defendant, Antonio Marin, moves this honorable court to reconsider the current order of detainer and to release the Defendant with specific conditions. As grounds therefore, the Defendant has attached affidavits in support his motion.

Respectfully Submitted,
Antonio Marin
By His Attorney:

Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
(413) 731-9995
BBO#: 557986

Date:   February 28, 2005

UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ANTONIO MARIN )| CRIMINAL COMPLAINT NO.: |

### AFFIDAVIT IN SUPPORT OF MOTION TO RECONSIDER DETAINER

Under oath I depose and state:

1. I, Maria Marin, am the natural mother of the Defendant, Antonio Marin.

2. I suffer from a disability and my son, Antonio Marin, is a great source of assistance.

3. I reside at 64 Edmund Wynne Circle, Springfield, MA 01109. I am willing to provide living quarters for Mr. Marin during his release.

4. My house is equipped with an extra bedroom for Mr. Marin to reside in and there are no individuals residing in my house under eighteen (18) years of age. Additionally, my residence has a working telephone.

5. I am confident that Mr. Marin will attend his future court proceedings in a prompt and responsible manner.

6. Elizabeth Cancel has read this affidavit to me in Spanish.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Date: 3-1-05

_____
Maria Marin

I, Elizabeth Cancel, have read the above affidavit in Spanish to Maria Marin on the date in question.

Date: 3-1-05

_____
Elizabeth Cancel

UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CRIMINAL COMPLAINT NO.: |
| ) | |
| ANTONIO MARIN   ) | |

### AFFIDAVIT IN SUPPORT OF MOTION TO RECONSIDER DETAINER

Under oath I depose and state:

1. I, Enemius Andaluz, am the step-father of the Defendant, Antonio Marin.

2. I reside at 64 Edmund Wynne Circle, Springfield, MA 01109. I am willing to provide living quarters for Mr. Marin during his release at my residence.

3. My house is equipped with an extra bedroom for Mr. Marin to reside in and there are no individuals residing in my house under eighteen (18) years of age. Additionally, my residence has a working telephone.

4. I am confident that Mr. Marin will attend his future court proceedings in a prompt and responsible manner. Should bail be set, I am willing to post a five thousand dollar ($5,000.00) personal surety bond towards Mr. Marin's bail.

5. Elizabeth Cancel has read this affidavit to me in Spanish.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Date: 3-1-05                                    _____
                                                Enemius Andaluz

I, Elizabeth Cancel, have read the above affidavit in Spanish to Maria Marin on the date in question.

Date: 3-1-05                                    _____
                                                Elizabeth Cancel

UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL COMPLAINT NO.: |
| ) | |
| ANTONIO MARIN ) | |

## AFFIDAVIT IN SUPPORT OF MOTION TO RECONSIDER DETAINER

Under oath I depose and state:

1. I, Maria Suzrez, was the victim of an assault and battery by the Defendant, Antonio Marin, on or about 1993. We were both young in age at the time and I was not injured in the least.

2. Mr. Marin and I have a child together and he is a good father to our child. Currently we share a good friendship and communicate with each other every day.

3. Mr. Marin is a strong source of emotional and financial support for me and my family.

4. I do not believe Mr. Marin to be a threat to me or my family, nor do I believe that any harm will result due to his detainer being removed.

SIGNED UNDER THE PAINS AND PENALITIES OF PERJURY.

Date: 2-28-05

Maria Suzrez

UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL COMPLAINT NO.: |
| ) | |
| ANTONIO MARIN ) | |

### AFFIDAVIT IN SUPPORT OF MOTION TO RECONSIDER DETAINER

Under oath I depose and state:

1. I, Betsy Diaz, was the victim of an assault and battery by the Defendant, Antonio Marin.

2. I have no distinct memory of the events that gave rise to the assault and battery.

3. Mr. Marin and I have a child together.

4. I do not believe Mr. Marin to be a threat to me or my family, nor do I believe that any harm will result due to his detainer being removed.

SIGNED UNDER THE PAINS AND PENALITIES OF PERJURY.

Date: 2-28-05

_____
Betsy Diaz

UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL COMPLAINT NO.: |
| ) | |
| ANTONIO MARIN ) | |

## AFFIDAVIT IN SUPPORT OF MOTION TO RECONSIDER DETAINER

Under I depose and state:

1. I, Steve T. Czupryna, own and operate Aldenville Screen and Windows. I have owned such business for the past three and one-half years (3½). I am a general contractor in this field of work.

2. I have been in contact with Mr. Marin's family and friends since this matter began.

3. I have agreed to employ Mr. Marin full-time pending his release.

4. I have been made aware of the pending charges against Mr. Marin and feel comfortable hiring him.

SIGNED UNDER THE PAINS AND PENALITIES OF PERJURY.

Date: February 28, 2005

Steve T. Czupryna

Witness: David Rock

# ALDENVILLE WINDOW
## FAX COVER SHEET

**ALDENVILLE WINDOW**
178 Wheatland Ave
Chicopee MA 01020
Phone number 413-246-8801

| SEND TO | | | |
|---|---|---|---|
| Company name | Law Office of Joseph D Bernard P.C. | From | Steven T Czupryna |
| Attention | Joseph D. Bernard | Date | 2/28/05 |
| Office location | Springfield | Office location | Chicopee |
| Fax number | 413 - 730 - 6847 | Phone number | 413-246-8801 |

☐ Urgent   ☐ Reply ASAP   ☐ Please comment   ☐ Please review   ☐ For your information

Total pages, including cover: _____1_____

**COMMENTS**

Attorney Bernard - Fax to follow of my business card in regard to the employment of Antonio Marin. Any Questions Please Feel Free To Call.

THANK YOU
*Steven T Czupryna*

## Aldenville Screen & Window Repair

Replacement Windows
Storm Doors
Awnings
Shutters . . . etc.

*Customized Service to Fit Your Needs!*

Visa
Mastercard
American Express

690 Grattan St.
Chicopee, MA 01020
Phone: (413) [redacted]
Fax: (413) 552-3486
413-246-8501

UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL COMPLAINT NO.: |
| | ) | |
| ANTONIO MARIN | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Motion, by Hand Delivery, this 1st day of March, 2005 on:

Assistant United States Attorney
Paul Smyth
U.S. Attorney's Office
1550 Main Street, Room 310
Springfield, MA 01103

Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
413-731-9995
BBO#: 557986