UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CRIM. NO. 05-30013-MAP<br>VIOLATIONS:<br><br>21 U.S.C. § 841(a)(1) -<br>Possession with Intent To<br>Distribute, and Distribution of,<br>Cocaine (Counts One through<br>Five)<br><br>18 U.S.C. §924(c)(1)(a) -<br>Possession of a Firearm in<br>Furtherance of a Drug<br>Trafficking Crime (Count Six)<br><br>18 U.S.C. §922(g)(1) -<br>Possession of a Firearm and<br>Ammunition by a Convicted Felon<br>(Count Seven)<br><br>18 U.S.C. § 2 -<br>Aiding and Abetting (Counts One<br>through Five) |
| ANTONIO MARIN,<br>        Defendant | ) ) ) | |

## INDICTMENT

The Grand Jury charges that:

COUNT ONE:   Title 21, United States Code, Section 841(a)(1) -
Possession with the Intent to Distribute, and
Distribution of, Cocaine; Title 18, United States
Code, Section 2, Aiding and Abetting

   1.  On or about November 23, 2004, in Hampden County, in the District of Massachusetts,

**ANTONIO MARIN**

Defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance.

   All in violation of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

**COUNT TWO:**    Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute, and Distribution of, Cocaine; Title 18, United States Code, Section 2, Aiding and Abetting

1. On or about December 9, 2004, in Hampden County, in the District of Massachusetts,

**ANTONIO MARIN**

Defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

**COUNT THREE**: Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute, and Distribution of, Cocaine; Title 18, United States Code, Section 2, Aiding and Abetting

1. On or about February 23, 2005, in Hampden County, in the District of Massachusetts,

**ANTONIO MARIN**

Defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

**COUNT FOUR:**   Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute, and Distribution of, Cocaine; Title 18, United States Code, Section 2, Aiding and Abetting

1. On or about February 24, 2005, in Hampden County, in the District of Massachusetts,

**ANTONIO MARIN**

Defendant herein, did knowingly and intentionally possess, on his person, with the intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

<u>COUNT FIVE</u>: Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute Cocaine; Title 18, United States Code, Section 2, Aiding and Abetting

1. On or about February 24, 2005, in Hampden County, in the District of Massachusetts,

**ANTONIO MARIN**

Defendant herein, did knowingly and intentionally possess, in his apartment, with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance.

The possession with the intent to distribute cocaine described in Count Five of the Indictment involved five hundred grams or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II Controlled Substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) applies to Count Five.

All in violation of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

<u>COUNT SIX</u>:     Title 18, United States Code, Section 924(c) -
Possession of a Firearm in Furtherance of a Drug
Trafficking Crime; Title 18, United States
Code, Section 2, Aiding and Abetting

1.   On or about February 24, 2005, in Springfield, Massachusetts,

**ANTONIO MARIN,**

Defendant herein, did knowingly and intentionally, use and possess, the following firearm,

- **Lorcin .380 caliber semiautomatic pistol(serial # obliterated)**

in furtherance of a drug trafficking crime, namely, Possession with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 841(a)(1) as set forth in Count Five of this indictment.

All in violation of Title 18, United States Code, Section 924(c)(1), and Title 18, United States Code, Section 2.

<u>COUNT SEVEN</u>:   Title 18, United States Code, Section 922(g)(1) - Possession of a Firearm and Ammunition by a Convicted Felon

On or about February 24, 2005, in Hampden County, in the District of Massachusetts,

**ANTONIO MARIN,**

Defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly did possess, in or affecting interstate commerce, the following firearms and ammunition:

1. **Lorcin .380 caliber semiautomatic pistol(serial # obliterated)**

2. **.38 caliber rounds of ammunition**

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts One through Six this Indictment,

ANTONIO MARIN

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses including, but not limited to, the following:

(a) **$1,492.00 in United States Currency;**

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant –

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the Court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Paul Hart Smyth
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS: _____March 31_____, 2005
Returned into the District Court by the Grand Jurors and filed.


_____
DEPUTY CLERK OF THE COURT

3:05 PM

9