UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
                                )
        v.                      )    CRIMINAL NO. 05-30013-MAP
                                )
                                )
                                )
                                )
ANTONIO MARIN,                  )
    Defendant.                  )


         THE GOVERNMENT'S AND THE DEFENDANT'S STATUS
            REPORT PURSUANT TO LOCAL RULE 116.5(A)

   The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Attorney Mark Mastroianni, counsel for the Defendant Antonio Marin, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

   1.   The parties agree that this is not a complex case and therefore relief from the timing requirements imposed by Local Rule 116.3 is unnecessary.

   2.   The government has provided automatic discovery to the defendant pursuant to Fed.R.Crim.P. 16.1 (C) and 116.2 of the Local Rules of the United States to the defendant.  The Defendant has not yet requested additional discovery.  The government has requested reciprocal discovery pursuant to Fed.R.Crim.P. 16(B)(1)(C).

   3.   The parties agree that it is premature for a motion date to be established under Fed.R.Crim.P. 12(c).

4.   The parties agree that the time from the Defenant's initial appearance, February 25, 2005, through , through the initial status date, May 28, 2005 is excludable from the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3).  Accordingly, the government requests that the Court issue an order indicating that the time from initial appearance to the present is excludable pursuant to Local Rule 112.2(B).

5.   The parties are unclear at present whether this case will be resolved pursuant to a trial or a change of plea.

6.   The parties agree that it is premature to establish a final status conference at this time.

7.   Attorney Mark Mastroianni has reviewed the above document and agreed to the above listed terms and conditions.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                  By:  /s/ Paul Hart Smyth
                              _____
                              Paul Hart Smyth
                              Assistant U.S. Attorney


                              Mark Mastroianni, Esq.
                              Counsel for Antonio Marin