UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-30013-MAP |
| ) | |
| ANTONIO MARIN, ) | |
| Defendant ) | |

SCHEDULING ORDER
June 3, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1. An interim status conference will be held on June 30, 2005, at 3:00 p.m. in Courtroom III.

2. On or before the close of business, June 28, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

3. The parties assert, and the court agrees, that no time has run as of this day on the Speedy Trial clock. An order of excludable delay shall issue.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge