UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-30013-MAP |
| | ) | |
| ANTONIO MARIN, | ) | |
| Defendant | ) | |

INITIAL STATUS REPORT
June 3 , 2005

NEIMAN, U.S.M.J.

The court held an initial Status Conference this day pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established a revised schedule as outlined in the Revised Scheduling Order issued this day.

2. The court has scheduled a Status Conference for June 30, 2005.

3. There are no other matters to report relevant to the progress or resolution of the case.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge