UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Criminal No. 05-30013-MAP |
| ) | |
| ANTONIO MARIN,            ) | |
| Defendant ) | |

FINAL STATUS REPORT
June 30, 2005

NEIMAN, U.S.M.J.

The court held an interim status conference this day and, with the parties' consent, converted it into a final status conference. In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. Defendant shall file his motion to suppress by September 23, 2005, to which the Government shall respond by October 14, 2005.

2. An initial pretrial conference has been scheduled for October 28, 2005, at 2:00 p.m. in Courtroom I.

3. All discovery has been completed.

4. Defendant does not intend to raise a defense of insanity or public authority.

5. The parties report and the court finds that no time has yet run on the Speedy Trial clock. An Order of Excludable Delay will issue.

6. There are no other matters relevant to report.

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge

Case 3:05-cr-30013-MAP    Document 18    Filed 06/30/2005    Page 2 of 2