```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )   CRIMINAL NO. 05-30013-MAP
                              )
ANTONIO MARIN,                )
     Defendant.               )
```

    THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCUDABLE DELAY

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h), from June 30, 2005 until October 28, 2005. In support of this motion, the Government states the following:

1. On June 30, 2005, at a status conference before Magistrate Neiman, Attorney Mastroianni informed the court that the Defendant would be submitting a Motion to Suppress. Attorney Mastoianni requested a September date for filing because of his busy schedule, which included a murder trial in state court. Magistrate Neiman considered Attorney Mastroianni's schedule in granting a lengthy period for the Defendant's motion to be filed. The undersigned Assistant U.S. Attorney assented to counsel's request for sufficient time to adequately prepare the Defendant's motions.

Continuity of counsel, in addition to counsel's busy

schedule, outweighed the usual interests in a speedy trial in this case. It is in the best interests of the Defendant, the government, and the public, to exclude the time from June 30, 2005, until October 28, 2005, from the period within which the trial of this case must commence under the Speedy Trial Act.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:  /s/ Paul Hart Smyth
      _____
      Paul Hart Smyth
      Assistant U.S. Attorney


Dated: September 13, 2005

<u>CERTIFICATE OF SERVICE</u>

Hampden, ss.                              Springfield, Massachusetts

                                          September 13, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing to Attorney Mark Mastroianni, 95 State Street, Springfield, MA.

                                                /s/ Paul Hart Smyth
                                                Paul Hart Smyth
                                                Assistant U.S. Attorney