COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                    FEDERAL COURT DEPARTMENT
                                OF THE TRIAL COURT
                                NO. 05-30013-MAP

COMMONWEALTH    )
                )
vs.             )
                )
ANTONIO LOUIS MARIN )

MOTION TO EXTEND TIME FOR FILING OF SUPPRESSION MOTION

Now comes the defendant and respectfully requests this Honorable Court extend the time allowed for the filing of a Motion to Suppress. Counsel states the Motion to Suppress was scheduled to have been filed on 9/23/05.

Counsel states he has been unable to prepare the motion due to involvement in a trial in Hampden County Superior Court, Commonwealth v. Dana White, which trial was conducted in full day sessions between 8/29/05 and 9/13/05. The trial of this matter caused significant scheduling issues with various cases and filing deadlines in different courts.

Counsel has reviewed this situation with Assistant District Attorney, Paul Smyth, who has no objection to the allowance of this motion.

Counsel requests until 10/14/05 to have a Motion to Suppress filed in this matter.

Respectfully submitted,

DEFENDANT

BY: _____
Mark G. Mastroianni, Esq.
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO# 556084

CERTIFICATE OF SERVICE

    I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to AUSA Paul Smyth, 1550 Main Street, Springfield, MA 01103 this 27th day of September, 2005.

                                                          Mark G. Mastroianni