COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                     FEDERAL COURT DEPARTMENT
                                 OF THE TRIAL COURT
                                 NO. 05-30013-MAP


COMMONWEALTH              )
                          )
vs.                       )
                          )
ANTONIO LOUIS MARIN       )


## NOTICE ON MOTION

Now comes the defendant respectfully advises this Honorable Court no Motion to Suppress will be filed in this matter by the defendant. This matter had been previously scheduled in anticipation of the filing of motion to suppress statements.


                                 Respectfully submitted

                                 DEFENDANT

                                 BY: _____
                                 Mark G. Mastroianni , Esq.
                                 95 State Street - Suite #309
                                 Springfield, MA 01103
                                 (413) 732-0222
                                 BBO #556084


### CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to United States Attorney, Paul Smyth, 1550 Main Street, Springfield, MA 01103 this _____ day of October, 2005.

                                 _____
                                 Mark G. Mastroianni