UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-30013-MAP |
| ) | |
| ANTONIO MARIN, ) | |
|     Defendant. ) | |

### GOVERNMENT'S MOTION FOR A CONTINUANCE
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts respectfully request this Court to continue this pretrial conference date from October 28, 2005 to November 3, 2005 at 2:45

In support of this motion the government states that the undersigned assistant U.S. attorney is unavailable on October 28, 2005. In addition, on October 27, 2005, Attorney Mastroianni provided specific information that is relevant to whether certain charges in the indictment will proceed to trial or be resolved through a change in plea. The government requests a brief continuance in order to follow-up with this information.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Paul Hart Smyth

```
_____
Paul Hart Smyth
```