UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )    CRIMINAL NO. 05-30013-MAP
                                )
ANTONIO MARIN,                  )
        Defendant.              )

THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY

        The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h), from November 21, 2005 until March 27, 2006. In support of this motion, the Government states the following:

    1.    On November 21, 2005, Attorney Mastroianni informed the Court that the Defendant may be submitting a motion challenging either the validity of a prior conviction of the Defendant, or whether the convictions qualify the Defendant to be designated a Career Offender pursuant to the Sentencing Guidelines. The undersigned Assistant U.S. Attorney assented to counsel's request for sufficient time to adequately prepare the Defendant's motions.

        The Defendant's desire to further explore pretrial motions outweighs the usual interests in a speedy trial in this case. It is in the best interests of the Defendant, the government, and the public, to exclude the time from November 21, 2005, until

March 27, 2006, from the period within which the trial of this

case must commence under the Speedy Trial Act.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:  /s/ Paul Hart Smyth
                         _____
                         Paul Hart Smyth
                         Assistant U.S. Attorney




Dated: November 21, 2005

<u>CERTIFICATE OF SERVICE</u>

Hampden,  ss.                          Springfield, Massachusetts
                                       November 21, 2005

     I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby
certify that I have served a copy of the foregoing to Attorney
Mark Mastroianni, 95 State Street, Springfield, MA.


                              /s/ Paul Hart Smyth
                              Paul Hart Smyth
                              Assistant U.S. Attorney