**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA**

**V.**

**ANTONIO MARIN** **CASE NO. 05-30013-MAP**

## NOTICE OF HEARING

**PONSOR**
**D.J.**

**PLEASE TAKE NOTICE that the above-entitled case has been set for a STATUS CONFERENCE ON MARCH 3,, 2006 AT 2:00 P.M. BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.**

**SARAH A. THORNTON,**

**CLERK OF COURT**

**February 7, 2006** **By: /s/Elizabeth A. French**

**Date** **Deputy Clerk**


**(Notice of Hearing.wpd - 3/7/2005)**