UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) NO. 05-30013-MAP |
| | ) |
| ANTONIO MARIN | ) |

### PROTECTIVE ORDER

The case, United States v. Antonio Marin, is scheduled to begin trial on Monday, April 3 2006. It is anticipated that this trial will last approximately 4 trial days.

WHEREFORE, it is ORDERED, that Mark G. Mastroianni be present to commence the trial above referred to and that he remain present and engaged in the trial above referred to until completion, and that he be protected from complying with the Order of any other Court to be otherwise present.

IT IS SO ORDERED.

_Michael O. Ponsor_
Honorable Judge
Justice, United States District Court

3·29·06