```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )      Criminal No. 05-30013-MAP
                            )
     v.                     )
                            )
                            )
ANTONIO MARIN,              )
        Defendant.          )
```

GOVERNMENT'S REQUEST FOR VOIR DIRE QUESTIONS

The United States of America submits the attached requested voir dire questions pursuant to Fed. R. Crim. P. Rule 24(a).

1. You may hear evidence that the government agents used cooperating witnesses as government informants in the investigation of this case. Do you have any feelings about the use of informants that would interfere with your ability to be impartial?

   (  ) Yes   (  ) No

   If yes, please explain:_____
   _____
   _____

2. Do you have any feelings about the firearm laws of the United States, or prosecutions under those laws, that would interfere with your ability to be an impartial juror?

   (  ) Yes   (  ) No

   If yes, please explain:_____
   _____

1

_____

3. Do you have any feelings about the drug laws of the United States, or prosecutions under those laws, that would interfere with your ability to be an impartial juror?

   ( ) Yes  ( ) No

   If yes, please explain:_____

   _____

   _____

                           Respectfully submitted,

                           MICHAEL J. SULLIVAN
                           United States Attorney

                     By:   /s/ Paul Hart Smyth
                           _____
                           Paul Hart Smyth
                           Assistant U.S. Attorney