UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 05-30013-MAP |
| | ) | |
| ANTONIO MARIN, | ) | **Government's Exhibit List** |
| Defendant. | ) | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | REC'D | ADMT'D | WITNESS |
|---|---|---|---|---|
| 1. | One Lorcin .380 caliber handgun | | | |
| 2. | Two .380 caliber magazines | | | |
| 3. | Fourteen rounds of ammunition | | | |

| | | | | |
|---|---|---|---|---|
| 4. | Three Plastic bags of cocaine recovered from dresser drawer in bedroom (32 Putnam Circle) | | | |
| 5. | Seven baggies of powder cocaine recovered from the basement (32 Putnam Circle) | | | |
| 6. | One bag of cocaine powder recovered from Antonio Marin's pocket | | | |

| | | | | |
|---|---|---|---|---|
| 7. | Photograph from 32 Putnam Circle, Springfield, MA (depicting (1) Lorcin .380 caliber handgun and magazine (on mattress) and (2) dresser drawer) | | | |
| 8. | Photograph from 32 Putnam Circle, Springfield, MA (depicting three bags of cocaine in dresser drawer) | | | |
| 9. | Photograph from 32 Putnam Circle, Springfield, MA (depicting Lorcin .380 caliber handgun and magazine | | | |
| 10. | Photograph from 32 Putnam Circle, Springfield, MA (depicting two bundles of U.S. currency in dresser drawer) | | | |
| 11. | Photograph from 32 Putnam Circle, Springfield, MA (depicting seven bags of cocaine powder in plastic container) | | | |
| 12. | Photograph from 32 Putnam Circle, Springfield, MA (Poster) | | | |
| 13. | Certified Copy of Conviction, Dkt. No. 96-23cr-6236 | | | |

| | | | | |
|---|---|---|---|---|
| 14. | Certified Copy of Conviction, Dkt. No. 94-23cr-3351 | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

Filed this 3rd day of March, 2006.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                                      /s/ Paul Hart Smyth
                       By:  _____
                                      Paul Hart Smyth
                                      Assistant U.S. Attorney