```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,       )
        Plaintiff,              )
                                )
        v.                      )    CRIMINAL NO. 05-CR-30013-MAP
                                )
                                )
ANTONIO MARIN,                  )    Government's Witness List
        Defendant.              )
```

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby states that it may call the following individuals as witness during its case-in-chief in the above-captioned matter:

1. Detective Sean Condon
   Springfield Police Department
   130 Pearl Street
   Springfield, Massachusetts

2. Assistant U.S. Marshall Rich Wismaskas
   U.S. Marshall's Office
   1550 Main Street
   Springfield, MA

3. Special Agent Robert Olsen
   Drug Enforcement Administration
   1441 Main Street
   Springfield, MA

4. Special Agent John Shankweiler
   Drug Enforcement Administration
   1441 Main Street
   Springfield, MA

5. Special Agent John Barron
   Drug Enforcement Administration
   1441 Main Street
   Springfield, MA

6. Special Agent James Hartman
   Bureau of Alcohol, Tobacco and Firearms
   Hartford, CT

7. Special Agent Michael Finnerty
   Bureau of Alcohol, Tobacco and Firearms
   Worcester, MA

8. Special Agent Robert Tacinelli
   Bureau of Alcohol, Tobacco and Firearms
   Springfield, MA

9. Special Agent Patrick Burns
   Bureau of Alcohol, Tobacco and Firearms
   Springfield, MA

10. Officer Richard Soto
    Springfield Police Department
    Springfield, MA

11. Officer Miseal Rodriguez
    Springfield Police Department
    Springfield, MA

The United States makes no representations that it intends to call each and every witness listed above.  Unless arrangements are agreed upon with the undersigned prosecutor before trial, the defendants must subpoena any witness listed above or otherwise seek process compelling that person's attendance at trial.  This list does not include witnesses that the United States may determine are necessary for rebuttal.  The United States reserves its right to amend its witness list before the commencement of trial.  The United States will notify counsel immediately if any such additions or amendments are made.

Filed this 1st  Day of April, 2006.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

By:  /s/ Paul Hart Smyth
     _____
     Paul Hart Smyth