UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| vs.                      ) | NO.  05-30013-MAP |
| ) | |
| ANTONIO LOUIS MARIN      ) | |


**<u>RENEWED MOTION FOR JUDGEMENT OF ACQUITTAL (RULE 29)</u>**

      Now comes the defendant, pursuant to Rule 29 of Federal Rules of Criminal Procedure and notifies the court of his renewal after jury verdict of the motion.

      The defendant renews his motion for Judgement of Acquittal on Count 7 of the indictment charging him with a felon in possession of a firearm. The defendant incorporates by reference the original motion for judgement of acquittal filed with attachments.

      The defendant states the Government has not shown, as a matter of law, the existence of the predicate offenses to support a conviction for felon in possession of a firearm. Specifically, the defendant's civil rights were restored by virtue of those rights never being taken away by the state of Massachusetts due to the dates in which the prior convictions entered. See <u>U.S. v. Indelicato</u>, 97 F. 3rd 627, 631 (1st Cir. 1996). The determination of when the civil rights were restricted or restored must be made in accordance with the law at the time of the alleged predicate conviction. <u>U.S. v. Cardwell</u>, 967 F. 2d 1349 (9th Cir. 1992), <u>U.S. v. Norman</u>, 129 F. 3d 1393 (10th Cir. 1997). Specifically, the defendant was eligible to be licensed by the state of Massachusetts to carry a firearm up until 1998 when the Massachusetts Legislature changed state law prohibiting the defendant from doing so.

      The defendant renews his motion for Judgement of Acquittal on Count 6 and states the evidence presented did not establish a "specific and direct" connection the firearm was used in "furtherance."

      Respectfully submitted


      DEFENDANT

BY: /s/ Mark G. Mastroianni , Esq.
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to United States Attorney, Paul Smyth, 1550 Main Street, Springfield, MA 01103 this 6th day of April 2006.

/s/ Mark G. Mastroianni