UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| vs.            ) | NO. 05-30013-MAP |
| ) | |
| ANTONIO LOUIS MARIN   ) | |

**DEFENDANT'S MOTION TO ENLARGE THE TIME FOR FILING MOTION FOR NEW TRIAL. FED RULE CRIM. PROC.RULE 33(b)(2), RULE 45(b)**

Now comes Antonio Marin, the defendant in the above entitled action, and moves this Honorable Court for an order enlarging the time within which to file a Motion for a New Trial until June 2, 2006, and as his basis, therefore, asserts the following;

The defendant was found guilty by Jury Trial on April 6, 2006.

Sentencing is presently scheduled for June 2, 2006 .

The defendant needs a reasonable period of time within which to prepare a Motion for New Trial.

WHEREFORE, defendant moves this Honorable Court for an order enlarging time for filing a Motion for New Trial until June 2, 2006.

DEFENDANT

BY: /s/ Mark G. Mastroianni , Esq.
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq. do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 6th day of April 2006.

/s/ Mark G. Mastroianni