UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

V.                                    CASE NO.  **CR 05-30013-MAP**

**ANTONIO MARIN**

**VERDICT FORM**
**[COUNT SEVEN]**

WE, THE JURY, FIND:  THE DEFENDANT  (GUILTY)  ~~NOT GUILTY~~

OF POSSESSING, ON OR ABOUT FEBRUARY 24, 2005, A FIREARM AND AMMUNITION, IN OR AFFECTING INTERSTATE OR INTERNATIONAL COMMERCE, HAVING PREVIOUSLY BEEN CONVICTED OF A CRIME PUNISHABLE BY A TERM OF IMPRISONMENT EXCEEDING ONE YEAR.

April 5, 2006                           [signature]
DATE                                    FOREPERSON'S SIGNATURE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

V.    CASE NO. CR 05-30013-MAP

**ANTONIO MARIN**

VERDICT FORM
[COUNT SIX]

WE, THE JURY, FIND: THE DEFENDANT (GUILTY) ~~NOT GUILTY~~ OF POSSESSING, ON OR ABOUT FEBRUARY 24, 2005, A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME, NAMELY, POSSESSION WITH INTENT TO DISTRIBUTE COCAINE.

April 5, 2006
DATE

[signature]
FOREPERSON'S SIGNATURE