UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA** )
)
　　v. ) **Criminal No. 05-CR-30013**
)
**ANTONIO MARIN** )
　　**Defendant** )

## NOTICE OF APPEAL

　　Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Ponsor, J.) May 4, 2006 <u>Memorandum and Order Regarding Defendant's Renewed Judgment of Acquittal</u> which allowed Marin's motion for judgment of acquittal on Count VII (docketed on May 5, 2006).

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By:　/s/ Paul Hart Smyth
　　　　　　　　　　　　　　　　　PAUL HART SMYTH
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　　　　　　　　　Certificate of Service

　　I hereby certify that on May 30, 2006, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

　　　　　　　　　　　　　　　　　　　　　/s/ Paul Hart Smyth
　　　　　　　　　　　　　　　　　　　　　Paul Hart Smyth
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney