UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA )
)
vs. )     NO. 05-30013-MAP
)
ANTONIO LOUIS MARIN )

## MOTION TO APPOINT APPELLATE COUNSEL

Now comes the defendant respectfully requests this Honorable Court appoint him appellate counsel for the purpose of :

    1. Pursuing his own appeal relative to findings and rulings at trial which were adverse to him.

    2. Defending the Government's notice of appeal relative to a favorable order on defendant's renewed judgement of acquittal.

As grounds for this request counsel states he has filed a Motion to Withdraw with attached Affidavits stating the reason he can longer represent the defendant. In addition, counsel was privately retained and defendant reports to be indigent and has no ability to retain any counsel for appellate purposes.

Respectfully submitted,

DEFENDANT

BY:/s/ Mark G. Mastroianni , Esq.
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to United States Attorney, Paul Smyth, 1550 Main Street, Springfield, MA this 2nd day of June 2006.

/s/ Mark G. Mastroianni