UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES of AMERICA     )
                             )
vs.                          )         NO.  05-30013-MAP
                             )
ANTONIO LOUIS  MARIN         )


**NOTICE OF APPEAL**

        Now comes the defendant pursuant to the Federal Rules of Appellate Procedure (Rule 4) and notifies this court of his intent to appeal findings and rulings at trial which were adverse to him.


                              Respectfully submitted,

                              DEFENDANT


                              BY:/s/  Mark G. Mastroianni , Esq.
                              95 State Street - Suite #309
                              Springfield, MA 01103
                              (413) 732-0222
                              BBO #556084


                        CERTIFICATE OF SERVICE

        I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to United States Attorney, Paul Smyth, 1550 Main Street, Springfield, MA 01103 this 2nd  day of June 2006.

                              /s/ Mark G. Mastroianni