UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>vs.     )   NO. 05-30013-MAP<br>)<br>ANTONIO LOUIS MARIN     ) | FILED<br>CLERK'S OFFICE<br><br>[illegible date stamp] 42<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS. |

### REQUEST TO SEAL AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW

Now comes counsel for the defendant and respectfully requests this Honorable Court seal the affidavit filed in support of his Motion to Withdraw.

As grounds for this request counsel states the affidavit contains reference to private matters regarding attorney/client issues as well as insight into theories for handling the case.

Respectfully submitted,

BY: _/s/ Mark G. Mastroianni_
Mark G. Mastroianni
95 State Street - Suite 309
Springfield, MA 01103
(413) 732-0222
BBO #556084