## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : CR 05-30013-MAP

UNITED STATES OF AMERICA

v.

ANTONIO MARIN,

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: #s - 1-46

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on May 30, 2006..

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 7, 2006.

June 7, 2006.

Sarah A Thornton, Clerk of Court

By:   /s/ Mary Finn
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

O:\ClerksCertificate-COA.frm- 3/06

APPEAL, CLOSED

## United States District Court
## District of Massachusetts (Springfield)
## CRIMINAL DOCKET FOR CASE #: 3:05-cr-30013-MAP-ALL

Case title: USA v. Marin
Magistrate judge case number: 3:05-mj-00614-KPN

Date Filed: 04/04/2005

Assigned to: Judge Michael A Ponsor

**Defendant**

**Antonio Marin** (1)
*TERMINATED: 06/06/2006*

represented by **Joseph D. Bernard**
Law Office of Joseph D. Bernard P.C.
73 State Street
Suite 301
Springfield, MA 01103
413-731-9995
Fax: 413-730-6647
Email: Joe@Bernardatlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Mark G. Mastroianni**
Law Office of Mark G. Mastroianni
Suite 309
95 State Street
Springfield, MA 01103
413-732-0222
Fax: 413-746-4971
Email: mgm2@choiceonemail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

**Disposition**

120 months Imprisonment to consist of 60 mos on Cts 1-5 to be served concurrently w/one another and 60 mos on ct 6 to be served consecutively to the terms imposed on cts 1-5; Jud. Rec: Def. be permitted to serve this sentence at the federal facility at Ft. Devens, Ayer, MA and that he be permitted to participate in the 500 hour Residential



| | |
|---|---|
| 21:841A=CD.F Possession with Intent to Distribute and Distribution of Cocaine, a Schedule II Controlled Substance; 18:2 Aiding and Abetting<br>(1-5) | Drug Abuse Program; Def. to self surrender on 7/5/06 before 2:00 p.m.; Sup. Rel 4 yrs to consist of terms of 3 yrs on cts 1-4 and terms of 4 yrs on cts 5,6 all to be served concurrently w/one another; Shall not possess firearm; Cooperate in the collection of DNA as directed; Participate in program for substance abuse as directed and contribute to costs based on ability to pay; use true name and prohibited from the use of any aliases, false dates of birth, false social security numbers, incorrect places of birth and any other pertinent incorrect identifying information; Assessment fee of $600 due immediately |
| 18:924B.F Possession of a Firearm in Furtherance of a Drug Trafficking Crime<br>(6) | |

### Highest Offense Level (Opening)

Felony

| | |
|---|---|
| **Terminated Counts** | **Disposition** |
| 18:922G.F Possession of a Firearm and Ammunition by a Convicted Felon<br>(7) | |

### Highest Offense Level (Terminated)

Felony

| | |
|---|---|
| **Complaints** | **Disposition** |
| 21 U.S.C. 841(a)(1) Manufacture, Distribute, or Possess with Intent to Manufacture or Distribute a Controlled Substance; 18 U.S.C. 922(g)(1) Possession of Firearm after a previous Felony Conviction | |

### Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Paul Smyth**<br>U.S. Attorney's Office<br>1550 Main St. |

Springfield, MA 01103
413-785-0106
Email: paul.smyth@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/25/2005 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. AUSA Smyth and Defendant appear for Initial Appearance as to Antonio Marin held on 2/25/2005. Govt moves for detention. Deft advised of rights, and indicates he will retain counsel. Matter continued for detention hearing on 2/28/05 at 1:00 p.m. Deft to remain in custody of USMS pending hearing. Court instructs USMS to transport Deft to court early on 2/28/05 to allow opportunity for PTS interview. (Court Reporter FTR.) (Healy, Bethaney) [3:05-mj-00614-KPN] (Entered: 02/25/2005) |
| 02/25/2005 | 1 | COMPLAINT as to Antonio Marin (1). (Healy, Bethaney) [3:05-mj-00614-KPN] (Entered: 02/28/2005) |
| 02/25/2005 | 2 | MOTION for Detention as to Antonio Marin by USA. (Healy, Bethaney) [3:05-mj-00614-KPN] (Entered: 02/28/2005) |
| 02/28/2005 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Smyth and Bernard) and Defendant appear for Detention Hearing as to Antonio Marin held on 2/28/2005. Atty Joseph Bernard files appearance for detention hearing only. Sidebar held. Arguments heard. Court conducts colloquy with Enemius Andaluz (through interpreting by family member Elizabeth Cancel) re: conditions and possibility of signing an appearance bond. Court allows Government's Motion for Detention and orders Defendant detained. Defendant may bring forward a package of conditions, as discussed in open court, for the court's review. Deft's counsel to file appropriate motion for reconsideration at a later date. Preliminary examination set for 3/9/05 at 2:00 p.m. in Courtroom Three. (Court Reporter FTR.) (Healy, Bethaney) [3:05-mj-00614-KPN] (Entered: 03/01/2005) |
| 03/01/2005 |  | Attorney update in case as to Antonio Marin. Attorney Joseph D Bernard for Antonio Marin added. (Healy, Bethaney) [3:05-mj-00614-KPN] (Entered: 03/01/2005) |
| 03/01/2005 | 3 | Magistrate Judge Kenneth P. Neiman. ORDER OF DETENTION as to Antonio Marin, ENTERED, cc:cl. (Healy, Bethaney) [3:05-mj-00614-KPN] (Entered: 03/01/2005) |
| 03/01/2005 | 4 | MOTION for Reconsideration of 3 Order of Detention as to Antonio Marin. (Healy, Bethaney) [3:05-mj-00614-KPN] (Entered: 03/01/2005) |
| 03/04/2005 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Smyth and Bernard) appear for Motion Hearing as to Antonio Marin held on 3/4/2005 re 4 MOTION for |

| | | |
|---|---|---|
| | | Reconsideration re 3 Order of Detention filed by Antonio Marin. Arguments heard. Deft released on conditions. (Court Reporter FTR.) (Healy, Bethaney) [3:05-mj-00614-KPN] (Entered: 03/09/2005) |
| 03/04/2005 | | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 4 Motion for Reconsideration of Detention as to Antonio Marin (1), ENTERED, cc:cl. (Healy, Bethaney) [3:05-mj-00614-KPN] (Entered: 03/09/2005) |
| 03/04/2005 | 5 | Magistrate Judge Kenneth P. Neiman. ORDER Setting Conditions of Release as to Antonio Marin, ENTERED, cc:cl. [Conditions: Deft execute $10,000 unsec bond; Enemius Andaluz (stepfather) execute $5,000 unsec. bond; report to PTS as directed; maintain/actively seek empl; travel restricted to MA, except travel to NY and CT for empl purposes only; maintain residence with mother, Maria Marin at 64n Edmund Wynne Circ., Spfd, MA; no firearms; no drugs; submit to random drug testing as directed; curfew from 9:00 p.m. to 6:00 a.m. daily, with Voice Identification system] (Healy, Bethaney) [3:05-mj-00614-KPN] (Entered: 03/09/2005) |
| 03/11/2005 | 6 | Deft's MOTION for Joseph D. Bernard to Withdraw as Attorney as to Antonio Marin filed. (Finn, Mary) [3:05-mj-00614-KPN] (Entered: 03/11/2005) |
| 03/18/2005 | 7 | NOTICE OF ATTORNEY APPEARANCE: Mark G. Mastroianni appearing for Antonio Marin (Healy, Bethaney) [3:05-mj-00614-KPN] (Entered: 03/23/2005) |
| 03/23/2005 | | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 6 Motion to Withdraw as Attorney as to Antonio Marin (1), ENTERED, cc:cl. (Healy, Bethaney) [3:05-mj-00614-KPN] (Entered: 03/23/2005) |
| 03/23/2005 | | Set/Reset Hearings as to Antonio Marin: On agreement of the parties, Arraignment/Preliminary Examination is moved to 3/25/2005 at 1:15 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) [3:05-mj-00614-KPN] (Entered: 03/24/2005) |
| 03/25/2005 | 8 | Govt's MOTION to Continue the Preliminary Hearing set for 3/25/2005 for one week (to 4/01/2005) as to Antonio Marinby USA filed. Assented to. (Finn, Mary) [3:05-mj-00614-KPN] (Entered: 03/25/2005) |
| 03/28/2005 | | Judge Kenneth P. Neiman : Electronic ORDER entered granting 8 Motion to Continue preliminary hearing as to Antonio Marin (1)Hearing continued to 4/4/05 @ 1:30PM. (Stuckenbruck, John) [3:05-mj-00614-KPN] (Entered: 03/28/2005) |
| 03/28/2005 | | Set/Reset Deadlines/Hearings as to Antonio Marin: Preliminary Examination set for 4/4/2005 01:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Stuckenbruck, John) [3:05-mj-00614-KPN] (Entered: 03/28/2005) |
| 03/28/2005 | | Attorney update in case as to Antonio Marin. Attorney Joseph D Bernard terminated. (Stuckenbruck, John) [3:05-mj-00614-KPN] (Entered: |

| | | |
|---|---|---|
| | | 03/28/2005) |
| 03/31/2005 | 9 | INDICTMENT as to Antonio Marin (1) count(s) 1-5, 6, 7. (Stuckenbruck, John) (Entered: 04/04/2005) |
| 04/04/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Smyth and Mastroianni) and Defendant Arraignment as to Antonio Marin (1) Count 1-5,6,7 held on 4/4/2005. Deft pleads not guilty to charges. Schedule estd with order to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 04/08/2005) |
| 04/04/2005 | 10 | NOTICE re automatic disclosure as to Antonio Marin (Healy, Bethaney) (Entered: 04/08/2005) |
| 04/04/2005 | 11 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER as to Antonio Marin ENTERED, cc:cl. Status Conference set for 5/31/2005 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memo due by 5/26/05. (Healy, Bethaney) (Entered: 04/08/2005) |
| 05/27/2005 | 12 | STATUS REPORT by USA as to Antonio Marin (Smyth, Paul) (Entered: 05/27/2005) |
| 05/31/2005 | | NOTICE OF RESCHEDULING as to Antonio Marin ISSUED, cc:cl. Status Conference continued to 6/3/2005 at 1:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 05/31/2005) |
| 06/03/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Smyth and Mastroianni) appear for Initial Status Conference as to Antonio Marin held on 6/3/2005. Counsel for Deft signs joint memorandum in court. Scheduling Order to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 06/03/2005) |
| 06/03/2005 | 16 | JOINT MEMORANDUM (signed by all parties in court on 6/3/05) of the parties re initial status conference by Antonio Marin (Healy, Bethaney) (Entered: 06/06/2005) |
| 06/06/2005 | 13 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER as to Antonio Marin ENTERED, cc:cl. Interim Status Conference set for 6/30/2005 at 3:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memorandum to be filed by no later than 6/28/05. (Healy, Bethaney) (Entered: 06/06/2005) |
| 06/06/2005 | 14 | Magistrate Judge Kenneth P. Neiman. INITIAL STATUS REPORT as to Antonio Marin ISSUED, cc:cl. (Healy, Bethaney) (Entered: 06/06/2005) |
| 06/06/2005 | 15 | Magistrate Judge Kenneth P. Neiman. ORDER ON EXCLUDABLE DELAY as to Antonio Marin ENTERED, cc:cl. Time excluded from April 4, 2005 until June 3, 2005. (Healy, Bethaney) (Entered: 06/06/2005) |
| 06/30/2005 | 17 | STATUS REPORT by USA as to Antonio Marin (Smyth, Paul) (Entered: 06/30/2005) |
| | | |

| | | |
|---|---|---|
| 06/30/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Smyth and Mastroianni) appear for Status Conference as to Antonio Marin held on 6/30/2005. Colloquy re: status of matter. Order to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 06/30/2005) |
| 06/30/2005 | 18 | Magistrate Judge Kenneth P. Neiman. FINAL STATUS REPORT as to Antonio Marin, cc:cl. (Healy, Bethaney) (Entered: 06/30/2005) |
| 09/13/2005 | 19 | MOTION for Excludable Delay from June 30, 2005 to October 28, 2005 as to Antonio Marinby USA. (Smyth, Paul) (Entered: 09/13/2005) |
| 09/15/2005 | | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 19 Motion for Excludable Delay from 6/30/05 to 10/28/05 as to Antonio Marin (1), ENTERED, cc:cl. (Healy, Bethaney) (Entered: 09/15/2005) |
| 09/15/2005 | 20 | Magistrate Judge Kenneth P. Neiman. ORDER ON EXCLUDABLE DELAY as to Antonio Marin, ENTERED, cc:cl. Time excluded from June 30, 2005 until October 28, 2005. (Healy, Bethaney) (Entered: 09/15/2005) |
| 09/29/2005 | 21 | Dft's MOTION to Extend Time to 10/14/05 for Filing motion to suppress as to Antonio Marin. (Lindsay, Maurice) (Entered: 09/29/2005) |
| 09/30/2005 | | Judge Kenneth P. Neiman : ElectronicORDER entered granting 21 Defendant's assented-to Motion for Extension of Time to File to October 14, 2005, as to Antonio Marin (1). (Neiman, Kenneth) (Entered: 09/30/2005) |
| 10/13/2005 | 22 | NOTICE on Motion filed informing the court that no motion to suppress will be filed by Antonio Marin (Lindsay, Maurice) Modified docket text on 10/25/2005 to clarify what this document is (Lindsay, Maurice). (Entered: 10/13/2005) |
| 10/17/2005 | | RE: NOTICE THAT COUNSEL SHALL NOT FILE MOTION TO SUPPRESS as to Antonio Marin: STATUS CONFERENCE PREVIOUSLY SET FOR 10/28/05 SHALL GO FORWARD AS SCHEDULED (French, Elizabeth) (Entered: 10/17/2005) |
| 10/27/2005 | 23 | Assented to MOTION to Continue to 11/3/05 to Pretrial Conference as to Antonio Marinby USA. (Smyth, Paul) (Entered: 10/27/2005) |
| 10/28/2005 | | Judge Michael A Ponsor : ElectronicORDER entered granting 23 Motion to Continue Status conference as to Antonio Marin (1)Conference reset to 11/3/05 at 2:45 p.m. (French, Elizabeth) (Entered: 10/28/2005) |
| 10/28/2005 | | Set/Reset Hearings as to Antonio Marin: Status Conference reset for 11/3/2005 02:45 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 10/28/2005) |
| 11/03/2005 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Antonio Marin held on 11/3/2005 - Change of Plea on drug charges only set for 11/21/05 at 11:30 a.m.; Possible trial on remaining charges (Court Reporter Alice Moran.) |

| | | (French, Elizabeth) (Entered: 11/10/2005) |
|---|---|---|
| 11/21/2005 | 24 | Assented to MOTION for Excludable Delay from November 21, 2005 to March 27, 2006 as to Antonio Marin by USA. (Smyth, Paul) (Entered: 11/21/2005) |
| 11/21/2005 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Hearing held in lieu of rule 11 conference as to Antonio Marin held on 11/21/2005 Defendant given trial date of 3/27/06 at 9:00 a.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 11/22/2005) |
| 11/22/2005 | | Set/Reset Deadlines/Hearings as to Antonio Marin: Jury Trial set for 3/27/2006 09:00 AM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 11/22/2005) |
| 11/22/2005 | | Judge Michael A Ponsor : endorsed orderORDER entered granting 24 Motion to Exclude as to Antonio Marin (1) "Allowed - In these circumstances the interest of justice outweight the usual interest in a speedy trial. (French, Elizabeth) (Entered: 11/22/2005) |
| 02/07/2006 | 25 | NOTICE OF HEARING as to Antonio Marin Status Conference set for 3/3/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 02/07/2006) |
| 03/01/2006 | | as to Antonio Marin: AUSA Smyth advises defendant shall enter plea; Change of Plea hearing set for 3/3/06 at 11:00 a.m. Probation/Pretrial/Marshals notified (French, Elizabeth) (Entered: 03/01/2006) |
| 03/03/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Change of Plea Hearing as to Antonio Marin held on 3/3/2006, Plea entered by Antonio Marin (1) Guilty Count 1-5. Sentencing set for 6/2/06 at 2:00 p.m.; Trial shall proceed on 3/27/06 on Counts 6 and 7 (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 03/03/2006) |
| 03/09/2006 | | Case as to Antonio Marin no longer referred to Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 03/09/2006) |
| 03/23/2006 | | NOTICE TO COUNSEL as to Antonio Marin: TRIAL IN THIS MATTER SHALL BE CONTINUED TO 4/3/06 AT 9:00 A.M. COUNSEL NOTIFIED BY PHONE (French, Elizabeth) (Entered: 03/23/2006) |
| 03/23/2006 | | Set/Reset Deadlines/Hearings as to Antonio Marin: Jury Trial RESET for 4/3/2006 09:00 AM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 03/23/2006) |
| 03/28/2006 | | REMARK: Counsel for government reports to court will not waive jury; Trial shall go forward as scheduled on 4/3/06 as Jury trial as to Antonio Marin: (French, Elizabeth) (Entered: 03/28/2006) |
| 03/29/2006 | 26 | First MOTION for Protective Order as to Antonio Marin. (Mastroianni, Mark) Additional attachment(s) added on 3/29/2006 (Finn, Mary). (Entered: 03/29/2006) |

| | | |
|---|---|---|
| 03/29/2006 | | Judge Michael A Ponsor : ENDORSEDORDER entered granting 26 Motion for Protective Order for Attorney Mark Mastroianni as to Antonio Marin (1) (French, Elizabeth) (Entered: 03/29/2006) |
| 03/29/2006 | 27 | Judge Michael A Ponsor : PROTECTIVE ORDER entered for week of 4/3/06 re: Attorney Mark Mastroianni as to Antonio Marin (French, Elizabeth) (Entered: 03/29/2006) |
| 03/29/2006 | | NOTICE OF HEARING as to Antonio Marin Status Conference set for 3/30/2006 03:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 03/29/2006) |
| 03/30/2006 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Pretrial Conference as to Antonio Marin held on 3/30/2006. Trial to begin 4/3/06. (Court Reporter Alice Moran.) (Stuckenbruck, John) (Entered: 03/30/2006) |
| 04/01/2006 | 28 | Proposed Jury Instructions by USA as to Antonio Marin (Smyth, Paul) (Entered: 04/01/2006) |
| 04/01/2006 | 29 | Proposed Voir Dire by USA as to Antonio Marin (Smyth, Paul) (Entered: 04/01/2006) |
| 04/03/2006 | 30 | EXHIBIT/WITNESS LIST by USA as to Antonio Marin (Smyth, Paul) (Entered: 04/03/2006) |
| 04/03/2006 | 31 | EXHIBIT/WITNESS LIST by USA as to Antonio Marin (Smyth, Paul) (Entered: 04/03/2006) |
| 04/03/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Voir Dire begun on 4/3/2006 Antonio Marin (1) on Count 6,7 Jury selection held; Jury sworn; opening statements by counsel; testimony begins; (Mid day - juror in seat no. 10 excused due to family emergency; recess for day 3:00 p.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 04/10/2006) |
| 04/04/2006 | 32 | Proposed Jury Instructions by Antonio Marin (Stuckenbruck, John) (Entered: 04/04/2006) |
| 04/04/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Jury Trial as to Antonio Marin held on 4/4/2006 9:00 a.m. Govt's case continues; Govt. rests; Def. rests; Recess 11:55 a.m. Closings and charge 4/5/06 at 9:00 a.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 04/10/2006) |
| 04/05/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Jury Trial as to Antonio Marin held on 4/5/2006 9:00 a.m. Closing arguments and charge to Jury; Jury deliberations begin; jury verdict; Sentencing set for 6/2/06 at 2:00 p.m.; (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 04/10/2006) |
| 04/05/2006 | 33 | Judge Michael A Ponsor : ORDER PROHIBITING POST-VERDICT CONTACT WITH JURORS entered as to Antonio Marin; cc/cl. (Finn, Mary) (Entered: 04/10/2006) |

| 04/05/2006 | 36 | JURY VERDICTFORM as to Antonio Marin (1) Guilty on Count 6,7Antonio Marin (1) Guilty of Lesser Offense Count 6,7Antonio Marin (1. (Finn, Mary) (Entered: 04/10/2006) |
|---|---|---|
| 04/06/2006 | 33 | First MOTION for Acquittal *Judgement* as to Antonio Marin. (Mastroianni, Mark) (Entered: 04/06/2006) |
| 04/06/2006 | 34 | First MOTION for Extension of Time to June 2, 2006 to File Motion for New Trial *Fed. Crim. Rule Proc Rule 33(b)(2), Rule 45(b)* as to Antonio Marin. (Mastroianni, Mark) (Entered: 04/06/2006) |
| 04/06/2006 | 37 | Deft's MOTION for Judgment of Acquittal (Rule 29) as to Antonio Marin filed. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Finn, Mary) (Entered: 04/10/2006) |
| 04/06/2006 |  | Judge Michael A Ponsor : OralORDER entered denying 37 Motion for Acquittal as to Antonio Marin (1) in open court (French, Elizabeth) (Entered: 05/05/2006) |
| 04/10/2006 | 38 | Judge Michael A Ponsor : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Antonio Marin Sentencing hearing set for 6/2/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 04/10/2006) |
| 04/12/2006 |  | Judge Michael A Ponsor : ENDORSEDORDER entered denying 34 Motion for Extension of Time to File as to Antonio Marin (1) "The proposed filing date leaves the government no time to oppose prior to sentencing" (French, Elizabeth) (Entered: 04/12/2006) |
| 05/04/2006 | 39 | Judge Michael A Ponsor : MEMORANDUM AND ORDER entered granting in part and denying in part 33 Motion for Acquittal as to Antonio Marin (1) DENIED AS TO COUNT VI AND ALLOWED AS TO COUNT VII (SEE ORDER FOR COMPLETE DETAILS) (French, Elizabeth) Additional attachment(s) added on 5/5/2006 (Finn, Mary). (Entered: 05/05/2006) |
| 05/30/2006 | 40 | NOTICE OF APPEAL by USA as to Antonio Marin re 39 Order on Motion for Acquittal,. Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/19/2006. (Smyth, Paul) (Entered: 05/30/2006) |
| 06/02/2006 | 41 | First MOTION to Withdraw as Attorney by Mark G. Mastroianni. as to Antonio Marin. (Mastroianni, Mark) (Entered: 06/02/2006) |
| 06/02/2006 | 42 | First MOTION to Appoint Counsel *(Appellate)* as to Antonio Marin. (Mastroianni, Mark) (Entered: 06/02/2006) |
| 06/02/2006 | 43 | NOTICE OF APPEAL by Antonio Marin Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed |

| | | |
|---|---|---|
| | | and submitted to the Court of Appeals. Appeal Record due by 6/22/2006. (Mastroianni, Mark) (Entered: 06/02/2006) |
| 06/02/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Sentencing held on 6/2/2006 for Antonio Marin (1), Count(s) 1-5, Ct 6 120 months Imprisonment to consist of 60 mos on Cts 1-5 to be served concurrently w/one another and 60 mos on ct 6 to be served consecutively to the terms imposed on cts 1-5; Jud. Rec: Def. be permitted to serve this sentence at the federal facility at Ft. Devens, Ayer, MA and that he be permitted to participate in the 500 hour Residential Drug Abuse Program; Def. to self surrender on 7/5/06 before 2:00 p.m.; Sup. Rel 4 yrs to consist of terms of 3 yrs on cts 1-4 and terms of 4 yrs on cts 5,6 all to be served concurrently w/one another; Shall not possess firearm; Cooperate in the collection of DNA as directed; Participate in program for substance abuse as directed and contribute to costs based on ability to pay; use true name and prohibited from the use of any aliases, false dates of birth, false social security numbers, incorrect places of birth and any other pertinent incorrect identifying information; Assessment fee of $600 due immediately. (Count 7 dismissed by Court) (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 06/06/2006) |
| 06/05/2006 | 44 | MOTION to Seal [45] Affidavit in Support of motion to withdraw as to Antonio Marin. (Lindsay, Maurice) (Entered: 06/05/2006) |
| 06/05/2006 | | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered granting 44 Motion to Seal Affidavit in support of motion to withdraw, as to Antonio Marin (1) (Lindsay, Maurice) (Entered: 06/05/2006) |
| 06/06/2006 | 46 | Judge Michael A Ponsor : ORDER entered. JUDGMENT as to Antonio Marin (1), Count(s) 1-5, 120 months Imprisonment to consist of 60 mos on Cts 1-5 to be served concurrently w/one another and 60 mos on ct 6 to be served consecutively to the terms imposed on cts 1-5; Jud. Rec: Def. be permitted to serve this sentence at the federal facility at Ft. Devens, Ayer, MA and that he be permitted to participate in the 500 hour Residential Drug Abuse Program; Def. to self surrender on 7/5/06 before 2:00 p.m.; Sup. Rel 4 yrs to consist of terms of 3 yrs on cts 1-4 and terms of 4 yrs on cts 5,6 all to be served concurrently w/one another; Shall not possess firearm; Cooperate in the collection of DNA as directed; Participate in program for substance abuse as directed and contribute to costs based on ability to pay; use true name and prohibited from the use of any aliases, false dates of birth, false social security numbers, incorrect places of birth and any other pertinent incorrect identifying information; Assessment fee of $600 due immediately (COUNT 7 dismissed by Court) (French, Elizabeth) (Entered: 06/07/2006) |
| 06/07/2006 | | Judge Michael A Ponsor : endorsedORDER entered granting 41 Motion to Withdraw as Attorney. as to Antonio Marin (1) (French, Elizabeth) (Entered: 06/07/2006) |
| 06/07/2006 | | REMARK as to Antonio Marin: Motion filed on behalf of defendant for appointment of appellant counsel shall be forwarded to appeals court for ruling (French, Elizabeth) (Entered: 06/07/2006) |