UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : CR 05-30013-MAP

UNITED STATES OF AMERICA

v.

ANTONIO MARIN,

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: #s - 1-46

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on May 30, 2006.. ~ 6/3/6

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 7, 2006.

Sarah A Thornton, Clerk of Court

June 7, 2006.

By:   /s/ Mary Finn
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/13/6

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:    06-1910 - W

06-1910 - dft