UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) No. 05-30013-MAP
)
ANTONIO MARIN )

## MOTION FOR EXTENSION OF SELF SURRENDER DATE

Now comes the defendant and respectfully request this Honorable Court to extend the date the defendant is required to self surrender.

As grounds for this request, counsel states he has been advised by the United States Marshal Office on June 28, 2006 that the defendant has not been designated to any facility.

Accordingly, the established date of surrender, July 5, 2006, needs to be adjusted so the Marshal's Office can properly designate the defendant.

DEFENDANT

BY: /s/ Mark G. Mastroianni, Esq.
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq. do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 28 day of June 2006.

/s/ Mark G. Mastroianni