**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 06-1900

UNITED STATES,

Appellant,

v.

ANTONIO MARIN,

Defendant, Appellee.

---

JUDGMENT

Entered: September 14, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of Appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Richard Cushing Donovan, Clerk

By: _____ MARGARET CARTER
       Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk
Date: SEP 1 4 2006

[cc: Messrs: Smyth, O'Brien and Ms. Chaitowitz]