Mrs. Alice Moran I'm currently incarcerated in The F.B.O.P My name + Inmate # are Antonio Marin - 90841038. I need some help getting my Original and Complete copy of Judgement of Commitment of Criminal Case, or my Sentencing Transcript.
I would realy appreciate it if you can help me on this matter.
My current address is -

U.S.P. Canaan
P.O. Box. 300
Waymart, Pa. 18472

Thank you
Antonio Marin