


OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
1550 MAIN STREET, ROOM 521
SPRINGFIELD, MASSACHUSETTS 01103
TELEPHONE: 413-785-0015

SARAH A. THORNTON
CLERK

JOHN C. STUCKENBRUCK
DIVISION MANAGER

March 3, 2008

Antonio Marin
Reg. No: 90841-038
U.S. P. Canaan
PO Box 300
Waymart, PA   18472

Dear Mr. Marin:

   The court is in receipt of your recent correspondence regarding your wish to obtain a copy of your judgment and transcript of your sentencing proceedings.  Judge Ponsor has allowed your request and the request has been forwarded to the court stenographer for the transcript.  I have enclosed a copy of your judgment as you requested.

Very truly yours,

Elizabeth A. French
Deputy Clerk

Enclosure: Judgment

Mrs. Alice Moran I'm currently incarcerated in The F.B.O.P My name + Inmate # are Antonio Marin - 90841038. I need some help getting my Original and Complete copy of Judgement of Commitment of Criminal Case, or my Sentencing Transcript.
I would realy appreciate it if you can help me on this matter.
My current address is:

U.S.P. Canaan
P.O. Box. 300
Waymart, Pa. 18472

Thank you
Antonio Marin