# United States Court of Appeals
## For the First Circuit

No. 06-1912

UNITED STATES OF AMERICA,

Appellee,

v.

ANTONIO MARIN,

Defendant, Appellant.

**JUDGMENT**

Entered: April 11, 2008

　　This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

　　Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: MAY 05 2008

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Ms. O'Brien, Ms. Chaitowitz, & Mr. Smyth.